

# Fourth Court of Appeals
## San Antonio, Texas

January 2, 2020

No. 04-19-00834-CV

**IN THE MATTER OF R.I.C.,**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2018JUV01596
Honorable Lisa Jarrett, Judge Presiding

# O R D E R

Appellant's brief was due December 30, 2019. On December 31, 2019, appellant filed the brief along with a motion requesting a twenty-four hour extension of time. After consideration, appellant's request for a twenty-four hour extension is **GRANTED**, and appellant's brief is deemed timely filed.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of January, 2020.



_____
MICHAEL A. CRUZ,
Clerk of Court